IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **WESLEY E. WRIGHT, on behalf of the ESTATE OF RICHARD H. BOYD, a/k/a RICHARD H. BOTZ, DECEASED, and ELLEN A. LLOYD, individually and as attorney-in-fact for MARGARET E. BOTZ,** | § § § § § § § | |
| **Plaintiffs,** | § § | **CIVIL ACTION NO. _____** |
| **vs.** | § § § | |
| **METLIFE GROUP, INC.,** | § § | |
| **Defendant.** | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Metropolitan Life Insurance Company ("MetLife"), incorrectly sued as MetLife Group, Inc., files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removing to this Court the case styled *Wesley E. Wright, on behalf of the Estate of Richard H. Boyd, a/k/a Richard H. Botz, Deceased, and Ellen A. Lloyd, individually and as attorney-in-fact for Margaret E. Botz v. MetLife Group, Inc.*, Cause No. 2016-43128, filed in the 333rd Judicial District Court of Harris County, Texas (the "State Court Action"). In support of this Notice of Removal, MetLife would respectfully show the court the following:

### THE PROCEEDINGS IN STATE COURT

1. On June 24. 2016, Plaintiffs Wesley E. Wright, on behalf of the Estate of Richard H. Boyd, a/k/a Richard H. Boyd, Deceased, and Ellen A. Lloyd, individually and as attorney-in-fact for Margaret E. Botz, filed Plaintiffs' Original Petition, incorrectly naming MetLife Group, Inc. as the Defendant, in the 333rd Judicial District Court of Harris County, Texas.

2.      Defendant MetLife Group, Inc. was served with the Citation and Plaintiff's Original Petition (the "Petition") by Certified Mail on July 5, 2016, postmarked June 30, 2016, through its registered agent, CT Corporation.  True and correct copies of the Citation and the Petition are attached hereto as **Exhibit B**.

3.      MetLife has not filed an answer in this action.

4.      This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is filed within thirty days of service of the Petition and the Citation on MetLife Group, Inc.

### DIVERSITY JURISDICTION

5.   By this action, Plaintiffs seek to recover life insurance benefits in the amount of $273,000 under a Group Universal Life Insurance Policy[1], Group No. 98020, issued by MetLife, not MetLife Group, Inc.   The deceased, Richard H. Boyd, a/k/a Richard H. Botz, obtained coverage under the GUL Policy through his employer, Bechtel Corporation.  (Petition, p. 2, ¶9).

6.      This court has subject matter jurisdiction over this action under 28 U.S.C. § 1332 because it is a civil action where the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs and is between citizens of different states.

7.   As set out in the Petition, Plaintiff Wesley E. Wright resides in Harris County, Texas and Plaintiff Ellen A. Lloyd resides in Wisconsin.  (Petition, p. 1, ¶¶2-3).  MetLife is a corporation organized under the laws of the State of New York, with its principal place of business in New York, New York.  MetLife Group, Inc. is a corporation organized under the laws of the State of New York, with its principal place of business in New York, New York.

---

[1] The amount of benefit payable under the GUL Policy is $272,773 because a premium payment was owed.

## REQUIREMENTS OF 28 U.S.C. § 1446(a) AND (C) ARE MET

8.      Pursuant to 28 U.S.C. § 1446(a), copies of the Citation and the Petition served on MetLife are attached hereto as **Exhibit B.**  Further, pursuant to Local Rule 81, an index of matters being filed is attached hereto as **Exhibit A**, a copy of the docket sheet from the State Court Action is attached as **Exhibit C**, and a complete list of attorneys involved in the State Court Action with bar numbers, address, telephone number and party represented is attached as **Exhibit D**.

9.      Plaintiffs have not made a jury demand.

10.     Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be filed in the 333rd Judicial District Court of Harris County, Texas and provided to Plaintiff's counsel as required by law.

WHEREFORE, Defendant Metropolitan Life Insurance Company removes the State Court Action to this Court.

Respectfully submitted,

/s/ Linda G. Moore
Linda G. Moore
State Bar No. 14359500
Southern District No. 20049
ESTES THORNE & CARR PLLC
3811 Turtle Creek Blvd., Suite 2000
Dallas, Texas  75219
Telephone:  (214) 599-4000
Telecopier: (214) 599-4099
lmoore@estesokon.com

ATTORNEY FOR DEFENDANT
METROPOLITAN  LIFE  INSURANCE
COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Removal was forwarded on this 25th day of July, 2016 by certified mail to Plaintiff's counsel as follows:

Joshua R. Flores                                    VIA CMRRR 7014 2120 0001 5445 8763
Sarah Patel Pacheco
David A. Polsinelli
Crain, Caton & James, P.C.
1401 McKinney, Suite 1700
Houston, TX  77010


                                        /s/ Linda G. Moore
                                        Linda G. Moore